# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MERCEDES HALDY, MOES 1 through 1,000, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHITE HOUSE BLACK MARKET, INC., a Florida corporation; CHICO'S FAS, INC., a Florida corporation; and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 8:21-cv-00540 DOC (JDEx)<br><br>**ORDER ON PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE [20]** |

**ORDER**

Having reviewed and considered the Request to Dismiss Action with Prejudice submitted by Plaintiff Mercedes Haldy ("Plaintiff"), and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1. This action is dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: November 22, 2022

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

-1-